UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. INOUYE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____ | **CASE NO.  CV08-04522 GAF (JWJx)**<br><br>*Assigned to Hon. Gary Allen Fees*;<br>*Courtroom 740*<br><br>**[PROPOSED] JUDGMENT  RE MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:  February 22, 2010<br>TIME:    9:30 a..m.<br>PLACE:  Courtroom 740 (Roybal)<br>JUDGE:  Honorable Gary Allen Fees |

    This Court's Amended Memorandum and Order granting Defendant City of Los Angeles' Motion for Summary Judgment having been duly filed on February 25, 2010, and good cause appearing for rendering judgment in favor of Defendant City of Los Angeles and against Plaintiff Robert S. Inouye,

    IT IS HEREBY ORDERED AND ADJUDGED:

    1.    Judgment is rendered in favor of Defendant City of Los Angeles and against Plaintiff Robert S. Inouye;

    2.    The entire action is dismissed on the merits;

**[PROPOSED] JUDGMENT  RE MOTION FOR SUMMARY JUDGMENT**

1    3.    Plaintiff shall take nothing as against Defendant City of Los Angeles; and

2    4.    Defendant City of Los Angeles is awarded its allowable costs, upon proper
3 application therefor and as provided by the Federal Rules of Civil Procedure and the
4 Local Rules of the United States District Court for the Central District of California.

6 IT IS SO ORDERED:

8 Dated:   March 2, 2010           _____
                                   HONORABLE GARY ALLEN FEES
9                                  UNITED STATES DISTRICT JUDGE

**[PROPOSED] JUDGMENT RE MOTION FOR SUMMARY JUDGMENT**